MICHAEL K. BRISBIN (SBN 169495)
Email: Michael.Brisbin@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
Email: Dennis.Rhodes@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

JS-6

NOTE: CHANGES MADE BY THE COURT

Attorneys for Plaintiff,
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>            Plaintiff,<br><br>    v.<br><br>BRIAN H. GENTNER as TRUSTEE OF THE GENTNER SURVIVOR'S TRUST DATED DECEMBER 8, 1981, CHASE as SUCCESSOR-IN-INTEREST TO BANK ONE, as SUCCESSOR-IN-INTEREST TO VALLEY NATIONAL BANK LIFE INSURANCE TRUST ACCOUNT #B252 and Does 1-10, inclusive,<br><br>            Defendants. | Case No.:SACV15-00352-AG-(JCGx)<br><br>**STIPULATED JUDGMENT OF DISCHARGE IN INTERPLEADER AND FOR DISTRIBUTION OF INTERPLED FUNDS**<br><br>Complaint Served: 3/6/15 |

Upon the Stipulation for Entry of Judgment of Discharge in Interpleader and for Distribution of Interpled Funds, it appearing that this Court has jurisdiction of the parties and of the subject matter set forth in plaintiff The United States Life Insurance Company in the City of New York's ("US Life") Complaint for

Interpleader and Declaratory Relief filed in this action, and good cause appearing therefore,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That this Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1335;

2. That US Life properly filed the Complaint for Interpleader and Declaratory Relief in this action and stated a proper cause for interpleader;

3. That US Life and defendant Gentner have agreed that the $10,136.13 interpled by US Life with the Court in this action, plus any interest accrued while on deposit with the Court and minus any fees assessed by the Court, shall be paid to "The Gentner Decedent's Trust, Brian H. Gentner, Trustee" c/o Brian Gentner, 18201 Von Karman Avenue, Suite 900, Irvine, CA 92612;

4. That defendant Chase has no further claim to or interest in the death benefit due under US Life group policy no. G230, 808 (the "Policy"), which provided life insurance coverage to Decedent George Gentner;

5. That having brought this action and deposited with the Court the death benefit due under the Policy plus accrued interest, in the amount of $10,136.13, US Life hereby is discharged from any and all liability to Defendant Gentner based upon and/or with respect to the terms of the Policy, the death benefit payable under the Policy, the death of Decedent (Dr. George Gentner) and/or defendant Gentner's claim for the death benefit payable under the Policy;

6. That the Court, including its appropriate representative, shall pay and/or distribute the $10,136.13 interpled by US Life in this action, plus any interest accrued while on deposit with the Court and minus any fees assessed by the Court, to "The Gentner Decedent's Trust, Brian H. Gentner, Trustee" c/o Brian Gentner, 18201 Von Karman Avenue, Suite 900, Irvine, CA 92612;

7. That defendant Gentner hereby is permanently restrained and/or prohibited from instituting or prosecuting any proceeding in any state court, United

States Court or administrative tribunal against US Life based upon and/or with respect to the terms of the Policy, the death benefit payable under the Policy, defendant Gentner's claim for the death benefit payable under the Policy, and US Life's handling of the Policy, administration of the Policy or its handling of defendant Gentner's claim for the death benefit;

8. That a judgment of discharge in interpleader hereby is entered in favor of US Life in this action as to defendant Gentner and defendant Chase; and

9. That all parties are to bear their own fees and costs with respect to the litigation of this action, including with respect to the Stipulation for Entry of Judgment of Discharge in Interpleader and for Distribution of Interpled Funds and this Stipulated Judgment.

IT IS SO ORDERED AND ADJUDGED.

August 14, 2015

_____
Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE